UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) | |
| v. | ) ) | NO. 1:16-CR 10343-ADB |
| MICHAEL L BABICH, ET AL. | ) ) ) | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of Tracy A. Miner of the law firm of Demeo LLP, as counsel of record for the Defendant Michael J. Gurry in the above-captioned matter.

    /s/_Tracy A. Miner_____
    Tracy A. Miner, BBO No. 547137
    Demeo LLP
    200 State Street
    Boston, MA  02109
    Tel: (617) 263-2600
    Email:  tminer@demeollp.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above Notice of Appearance was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 1, 2017.

      /s/ Tracy A. Miner_____
      Tracy A. Miner