UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHAEL L. BABICH<br>ALEC BURLAKOFF,<br>MICHAEL J. GURRY,<br>RICHARD M. SIMON,<br>SUNRISE LEE,<br>JOSEPH A. ROWAN, and<br>JOHN KAPOOR<br><br>    Defendants. | Cr. No. 16-10343-ADB |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE**, that Tracy A. Miner, counsel of record for Defendant Michael J. Gurry, is no longer associated with the firm of Demeo LLP, 200 State Street, Boston, MA 02109. Attorney Miner's new contact information is:

    Tracy A. Miner, Esq.
    Miner Orkand Siddall LLP
    470 Atlantic Ave., Floor 4
    Boston, MA 02210
    Tel.: 617-273-8421
    tminer@mosllp.com

MICHAEL GURRY,
By his attorney,

/s/ Tracy A. Miner
Tracy A. Miner, BBO # 547137
Miner Orkand Siddall LLP
470 Atlantic Ave., Fl. 4
Boston, MA 02110
(617) 273-8421
tminer@mosllp.com

Dated: February 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for all parties on February 11, 2019.

/s/ Tracy A. Miner
Tracy A. Miner