# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MICHAEL J. GURRY, et al.,<br><br>Defendants. | Criminal No. 16-CR-10343-ADB |

## MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS

Pursuant to Federal Rule of Criminal Procedure 45(b), Defendants respectfully request that the Court extend the time in which to file Defendants' post-trial motions.

1.  The Court has reserved on two pending motions for judgment of acquittal. *See* Mot. for Acquittal as to All Defendants, Dkt. 816 (April 1, 2019); Mot. for Acquittal as to Sunrise Lee, Dkt. 817 (April 1, 2019). Pursuant to Federal Rule of Criminal Procedure 29(c), Defendants intend to renew and supplement these motions and, in addition, to file one or more motions for a new trial pursuant to Federal Rule of Criminal Procedure 33. Unless the Court extends the time in which to file these motions, they would be due 14 days after the return of the jury's verdict, i.e., on May 16, 2019. *See* Fed. R. Crim. P. 29(c)(1), 33(b)(2).

2.  Given the duration and complexity of the trial in this case, and the press of demands from other matters after defense counsel have returned from four months of trial, Defendants respectfully request additional time in which to prepare their post-trial motions. Defendants propose the following briefing schedule:

| | |
|---|---|
| Defendants' opening briefs: | Thursday, June 6, 2019 |
| Government's response briefs: | Friday, June 28, 2019 |

|  |  |  |
|---|---|---|
|  | Defendants' replies: | Wednesday, July 10, 2019 |

3. Counsel for Dr. Kapoor contacted counsel for the government on May 13, 2019 to seek the government's consent to this motion. As of the time of filing of this motion, Defendants had not received a response.

WHEREFORE, Defendants request that the Court grant this motion and set a briefing schedule as set forth above.

Dated: May 13, 2019                                      Respectfully submitted,

/s/ Tracy A. Miner                                       /s/ Steven A. Tyrrell
Tracy A. Miner (BBO# 547137)                             Steven A. Tyrrell (admitted *pro hac vice*)
tminer@mosllp.com                                        steven.tyrrell@weil.com
Megan Siddall (BBO# 568979)                              Patrick J. O'Toole, Jr. (BBO# 559267)
msiddall@mosllp.com                                      patrick.otoole@weil.com
Miner Orkand Siddall LLP                                 Weil, Gotshal & Manges LLP
470 Atlantic Ave, 4th Floor                              2001 M Street NW
Boston, MA 02210                                         Washington, D.C. 20036
Telephone: (617) 273-8421                                Telephone: (202) 682-7213

*Attorneys for Michael Gurry*                            *Attorneys for Richard Simon*

/s/ Michael Kendall                                      /s/ Kosta S. Stojilkovic
Michael Kendall (BBO# 544866)                            Beth A. Wilkinson (*admitted pro hac vice*)
michael.kendall@whitecase.com                            bwilkinson@wilkinsonwalsh.com
Alexandra Gliga (BBO# 694959)                            Alexandra M. Walsh (*admitted pro hac vice*)
alexandra.gliga@whitecase.com                            awalsh@wilkinsonwalsh.com
White & Case LLP                                         Kosta S. Stojilkovic (admitted *pro hac vice*)
75 State Street                                          kstojilkovic@wilkinsonwalsh.com
Boston, MA 02109                                         Andrew W. Croner (admitted *pro hac vice*)
Telephone: (617) 939-9310                                acroner@wilkinsonwalsh.com
                                                         Wilkinson Walsh + Eskovitz LLP
*Attorneys for Joseph Rowan*                             2001 M Street NW
                                                         Washington, D.C. 20036
/s/ Peter C. Horstmann                                   Telephone: (202) 847-4000
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com                                    Brien T. O'Connor (BBO# 546767)
Law Offices of Peter Charles Horstmann                   brien.o'connor@ropesgray.com
450 Lexington Street, Suite 101                          Aaron M. Katz (BBO# 662457)
Newton, MA 02466                                         aaron.katz@ropesgray.com
Telephone: (617) 723-1980                                Ropes & Gray LLP
                                                         Prudential Tower 800 Boylston Street
*Attorney for Sunrise Lee*                               Boston, MA 02199
                                                         Telephone: (617) 951-7000

                                                         *Attorneys for Dr. John Kapoor*

3

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I attempted to confer with counsel for the government, but was unable to ascertain the government's position as to this motion.

/s/ Kosta S. Stojilkovic<br>
Kosta S. Stojilkovic<br>
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for all parties of record through the ECF system.

/s/ Kosta S. Stojilkovic<br>
Kosta S. Stojilkovic<br>
Counsel for Dr. John Kapoor