**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       v.<br><br> MICHAEL J. GURRY, et al.,<br><br>       Defendants. | Criminal No.:  16-CR-10343-ADB |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE EXCESS PAGES FOR BRIEF IN SUPPORT OF CONSOLIDATED POST-TRIAL MOTIONS**

Pursuant to Local Rule 7.1(b)(4), Defendants respectfully request leave to exceed the page limit for a consolidated memorandum of law in support of their post-trial motions filed pursuant to Federal Rules of Criminal Procedure 29 and 33.  Defendants anticipate their consolidated memorandum in support of both motions will be no more than 40 pages.  In addition to their consolidated brief addressing issues applicable to all Defendants, one or more Defendants may file separate motions addressing individual issues.  Defendants do not seek leave to exceed the page limit with respect to any such individual motions, but only with respect to the consolidated, joint Rule 29 and 33 motion.

The undersigned have conferred with the government, and counsel for the government have indicated that they consent to Defendants' request for leave to file excess pages with the understanding the government would be entitled to an equivalent page extension for its response to the consolidated brief.  Further, the government notes that it may opt to file a global response to Defendants' consolidated brief and any additional individual motions, and the government reserves the right to request additional pages beyond the approximately 40 pages in such event.

WHEREFORE, Defendants respectfully request that their motion for leave to file excess pages be granted.

Dated: June 5, 2019

Respectfully submitted,

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421

*Attorneys for Michael Gurry*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

*Attorneys for Joseph Rowan*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

*Attorney for Sunrise Lee*

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 682-7213

*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (*admitted pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Andrew W. Croner (admitted *pro hac vice*)
acroner@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

*Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred with the government, and that counsel for the government has indicated their assent to this motion, with the understandings noted above.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for all parties of record via ECF.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor