UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL J. GURRY,<br><br>Defendant. | Cr. No. 16-10343-ADB |

### DEFENDANT MICHAEL GURRY'S ASSENTED-TO
### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Defendant Michael Gurry respectfully requests that the Court modify his conditions of supervised release to allow him to travel internationally between November 6, 2023 and November 16, 2023. Mr. Gurry would keep Probation informed of his travel plans in advance. The government and probation do not object to this motion.

Mr. Gurry has completed his sentence of incarceration and has been on supervised release since January 9, 2023. He has fully complied with his conditions of release, both before and after trial.

Mr. Gurry's domestic partner has invited him on a cruise as a gift to celebrate Mr. Gurry's 60th birthday. The ship departs the United States on November 6, 2023 and returns to the United States on November 16, 2023. The cruise will make stops in St. Marten, Barbados, Tobago, St. Lucia, and Antigua.

Michael Gurry therefore respectfully requests that the Court modify his conditions of supervised release to allow him to travel internationally between November 6, 2023 and November 16, 2023.

                    MICHAEL GURRY,
                    By his attorneys,

                    /s/ Megan A. Siddall
                    Tracy A. Miner, BBO No. 547137
                    Megan A. Siddall, BBO No. 568979
                    Miner Siddall LLP
                    101 Federal Street, Suite 650
                    Boston, MA  02110
                    (617) 202-5890
                    tminer@msdefenders.com
                    msiddall@msdefenders.com

Dated:  May 12, 2023

## RULE 7.1 CERTIFICATION

    I hereby certify that I conferred with counsel for the government and with probation. Neither the government nor probation objects to the relief requested in this motion.

                    /s/ Megan A. Siddall
                    Megan A. Siddall


## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF on counsel for all parties on May 12, 2023.


                    /s/ Megan A. Siddall
                    Megan A. Siddall